Guy D. Knoller - #002803
Law Offices of Guy David Knoller, P.L.L.C.
18221 N. 42nd Street
Phoenix, Arizona 85032
(602) 799-2346
E-Mail: guydknoller@gmail.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Winters,<br><br>                    Plaintiff,<br><br>    vs.<br><br>Orion Homes, LLC,<br><br>                    Defendant. | No.   2:19-cv-02607-DLR<br><br>**NOTICE OF SETTLEMENT** |

        NOTICE IS HEREBY GIVEN that the parties have reached a settlement in the above-entitled matter.

        DATED this 19th day of June, 2019.

                                        /s/ Guy D. Knoller
                                        Guy D. Knoller
                                        Attorney for Plaintiff

I certify that I electronically
transmitted the attached
document to the Clerk's Office
using the CM/ECF System for
filing this 19th day of June, 2019

1
2

Copy of the foregoing mailed/
emailed this 19th day of June, 2019
to:

3
4
5
6
7

Erica K. Rocush
LEWIS BRISBOIS BISGAARD & SMITH, LLP
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, AZ  85012
Erica.rocush@lewisbrisbois.com
Attorneys for Defendant

8
9
10

/s/ Debbie A. Wallen
Debbie A. Wallen

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28